■ In the Matter of CHRISTOPHER J. MERCOGLIANO et al., Petitioners, v BASIL A. PATERSON, as Secretary of State, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Secretary of State, dated November 16, 1981, which, after a hearing, revoked petitioners' real estate broker's licenses for untrustworthiness. Determination confirmed

and proceeding dismissed on the merits, with costs. The determination as to petitioners' untrustworthiness is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Lazer, J. P., Gibbons, Niehoff and Boyers, JJ., concur.